# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**17-418 consolidated with 17-328**

**SALAMANDER LAND, LLC, ET AL**

**VERSUS**

**JANE RENEE JOHNSON SMITH, ET AL.**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 64,615 & NO. 63,173
HONORABLE STEPHEN B. BEASLEY, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**SHANNON J. GREMILLION**
**JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and
Shannon J. Gremillion, Judges.

**AFFIRMED.**

John S. Bradford
Stockwell, Sievert, Viccellio, Clements & Shaddock, L.L.P.
P. O. Box 2900
Lake Charles, LA 70602
(337) 436-9491
COUNSEL FOR DEFENDANTS/APPELLANTS:
    Hugh Clark Hinton
    Jane Renee Johnson Smith
    Trentice Van Johnson, Jr.
    Robert Hugh Johnson
    Martha Ann Hardee Languirand
    Samual Jackson Hinton

Michael S. Coyle
Attorney at Law
Post Office Box 636
Ruston, LA 71273-0636
(318) 254-8200
COUNSEL FOR DEFENDANTS/APPELLANTS:
    Hugh Clark Hinton
    Jane Renee Johnson Smith
    Robert Hugh Johnson
    Leon Lucien Languirand, Executor, Succession of Martha Ann Hardee
    Languirand
    Samual Jackson Hinton
    Trentice Van Johnson, Jr.

William A. Jones, Jr.
Attorney at Law
Post Office Box 2644
Ruston, LA 71273-2644
(318) 255-2944
COUNSEL FOR DEFENDANTS/APPELLANTS:
    Trentice Van Johnson, Jr.
    Robert Hugh Johnson
    Hugh Clark Hinton
    Leon Lucien Languirand, Executor, Succession of Martha Ann Hardee
    Languirand
    Samual Jackson Hinton
    Jane Renee Johnson Smith

Charles E. Tabor
Gregorio, Chafin, Johnson, Poolson & Tabor, L.L.C.
7600 Fern Avenue, Building 700
Shreveport, LA 71105
(318) 865-8680
COUNSEL FOR PLAINTIFFS/APPELLEES:
    SHS Investments, LLC
    Salamander Land, LLC

**GREMILLION, Judge.**

For the reasons set forth in the consolidated case found at 17-328 (La.App. 3 Cir. __/__/__), __ So.3d __, the judgment of the trial court reforming a deed due to mutual error and placing the plaintiffs in possession of the property in question, is affirmed. All costs of this appeal are assessed against the defendants-appellants, Jane Renee Johnson Smith, Trentice Van Johnson, Jr., Robert Hugh Johnson, Martha Ann Hardee Languirand, Hugh Clark Hinton, and Samual Jackson Hinton.

**AFFIRMED.**